UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANE CRAMER,

    Plaintiff,

v.

GENESEE COUNTY, ET AL.

    Defendants.
    _____/

Case No. 15-12321

Honorable Nancy G. Edmunds

## ORDER OF DISMISSAL AS TO PLAINTIFF'S STATE LAW CLAIMS

Plaintiff Jane Cramer filed suit against Defendants Genesee County, Genesee County Sheriff's Department, and various officers employed by the County. The Complaint alleges violations of the United States Constitution and 42 U.S.C. § 1983. Additionally, Plaintiff asserts three state law claims for assault and battery, intentional infliction of emotional distress, and gross negligence.

Seeing as the parties to this matter are non-diverse, this Court declines to exercise supplemental jurisdiction over the latter claims so as to avoid jury confusion. *See* 28 U.S.C. § 1367(c); *Moor v. County of Alameda*, 411 U.S. 693, 716 (U.S. 1973); *Padilla v. City of Saginaw*, 867 F. Supp. 1309 (E.D. Mich. 1994). Thus, pursuant to 28 U.S.C. § 1367(c), all of Plaintiff's claims based on state law, including all claims found in Count III, IV, and V are hereby DISMISSED WITHOUT PREJUDICE. This Court will retain jurisdiction over Plaintiff's federal claims only.

SO ORDERED

        s/Nancy G. Edmunds  
        Nancy G. Edmunds  
        United States District Judge

Dated: July 23, 2015

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 23, 2015, by electronic and/or ordinary mail.

        s/Carol J. Bethel  
        Case Manager